People ex rel. Greenberg v Molina (2023 NY Slip Op 02276)

People ex rel. Greenberg v Molina

2023 NY Slip Op 02276

Decided on April 28, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ANGELA G. IANNACCI
PAUL WOOTEN
LARA J. GENOVESI, JJ.

2023-03201

[*1]The People of the State of New York, ex rel. Howard Greenberg, on behalf of Simone Feliz, petitioner,
v
Louis A. Molina, etc., respondent.

Howard Greenberg Law Firm, Brooklyn, NY (Howard Greenberg pro se and Andrea Ferrante of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Martha Duffy, Donald Barclay, and Meaghan Powers of counsel), for respondent.
Writ of habeas corpus in the nature of an application to release Simone Feliz upon her own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 73704/2022.

ADJUDGED that the writ is sustained, without costs or disbursements, to the extent that bail upon Suffolk County Indictment No. 73704/2022 is set in the sum of $500,000 posted in the form of an insurance company bail bond, the sum of $1,500,000 posted in the form of a partially secured bond, with the requirement of 10% down, or the sum of $250,000 deposited as a cash bail alternative, on condition that, in addition to posting a bond or depositing the cash alternative set forth above, Simone Feliz shall (1) wear an electronic monitoring bracelet, with monitoring services to be provided by a qualified entity pursuant to CPL 510.40(4)(c), and any violations of the conditions set forth herein relating to the electronic monitoring shall be reported by the electronic monitoring service provider to the Office of the District Attorney of Suffolk County, and further proceedings pursuant to CPL 510.40(4)(d), if any, shall be conducted in the criminal court in Suffolk County; (2) remain confined to her residence, except for visits to her place of employment, her place of worship, her attorney, her doctors, or court, so long as the place of her employment, the place of worship, the place of her attorney, and the place of her doctors are within and not beyond the geographical limits of Suffolk County, and she must travel directly from her home to her place of employment, her place of worship, her attorney, her doctors, or court, and directly back to her home, when conducting those visits; (3) surrender all passports, if any, she may have to the Office of the District Attorney of Suffolk County, or, if she does not possess a passport, she shall provide to the Office of the District Attorney of Suffolk County an affidavit, in a form approved by the Office of the District Attorney of Suffolk County, in which she attests that she does not possess a passport, and shall not apply for any new or replacement passports; and (4) provide to the Office of the District Attorney of Suffolk County an affidavit, in a form approved by the Office of the District Attorney of Suffolk County, in which she attests that if she leaves the jurisdiction she agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Simone Feliz (1) has given an insurance company bail bond in the sum of $500,000, has given a partially secured bond in the sum of $1,500,000, with the requirement of 10% down, or has deposited the sum of $250,000 as a cash bail alternative; (2) has arranged for electronic [*2]monitoring with a qualified entity pursuant to CPL 510.40(4)(c); (3) has surrendered all passports, if any, she may have to the Office of the District Attorney of Suffolk County, or, if she does not possess a passport, has provided to the Office of the District Attorney of Suffolk County an affidavit, in a form approved by the Office of the District Attorney of Suffolk County, in which she attests that she does not possess a passport, and shall not apply for any new or replacement passports; and (4) has provided to the Office of the District Attorney of Suffolk County an affidavit, in a form approved by the Office of the District Attorney of Suffolk County, in which she attests that if she leaves the jurisdiction she agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Simone Feliz is incarcerated, or his or her agent, is directed to immediately release Simone Feliz from incarceration.
DUFFY, J.P., IANNACCI, WOOTEN and GENOVESI, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court